

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw (Dean A. Diachin) as Appellate Counsel is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.


_____
KEITH E. HOTTLE,
Clerk of Court